UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3580
_____

UNITED STATES OF AMERICA

v.

ANNA MUDROVA,
Appellant
_____

ORDER AMENDING OPINION
_____


The opinion and judgment filed July 23, 2015 shall be amended to reflect the correct District Judge, the Honorable Juan R. Sanchez.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 27, 2015
CJG/cc:      Thomas D. Kenny, Esq.
             Mary Beth Leahy, Esq.